RECEIVED
2006 JAN 12 A 9:49
DEBRA P. [illegible]
U.S. DI[illegible]

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

## AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

Robert Brown #153819
Plaintiff(s)

2:06CV29-mht

vs.

James DeLoach, et al.,
Defendant(s)

I, _____, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below is true.

1. Are you presently employed?   YES ( )   NO (✓)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.

   _____
   _____

   B. If the answer is NO, state the date of last employment and the amount of salary and wages per month which you received.
   Plaintiff has been incarcerated for past five years.

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession or form of self-employment? YES ( )  NO (✓)
   B. Rent payments, interest or dividends?  YES ( )  NO (✓)
   C. Pensions, annuities or life insurance payments? YES ( )  NO (✓)
   D. Gifts or inheritances?  YES ( )  NO (✓)
   E. Any other sources?  YES ( )  NO (✓)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12/2/2005__ .
                (date)

__Robert Brown #153819__
Signature of Affiant

## CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ __3.22__ on account to his credit at the __Draper Corr. Fac__ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_____

_____

_____

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months).

1. $ __0.00__ on the 1st day of __June 2005__
2. $ __0.00__ on the 1st day of __July 2005__
3. $ __0.00__ on the 1st day of __Aug. 2005__
4. $ __0.00__ on the 1st day of __Sept. 2005__
5. $ __0.00__ on the 1st day of __Oct. 2005__
6. $ __0.00__ on the 1st day of __Nov. 2005__

__F.A. Brown - Acct-Clerk__
Authorized Officer of Institution

DATE __12-2-05__

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
DRAPER CORRECTIONAL FACILITY

AIS #: 153819        NAME: BROWN, ROBERT LEE                    AS OF: 11/30/2005

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|-------|-----------|-------------------|------------------|
| DEC   | 31        | $0.21             | $0.00            |
| JAN   | 31        | $0.21             | $0.00            |
| FEB   | 28        | $0.21             | $0.00            |
| MAR   | 31        | $1.02             | $10.00           |
| APR   | 30        | $0.06             | $0.00            |
| MAY   | 31        | $0.02             | $0.13            |
| JUN   | 30        | $0.13             | $0.00            |
| JUL   | 31        | $0.13             | $0.00            |
| AUG   | 31        | $0.13             | $0.00            |
| SEP   | 30        | $0.13             | $0.00            |
| OCT   | 31        | $0.13             | $0.00            |
| NOV   | 30        | $3.93             | $25.00           |