Brown

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Donal Campbell, Commissioner
   Alabama Department of Corrections
   P. O. Box 301501
   301 S. Ripley Street
   Montgomery, AL 36130-1501

06cv29 ( Cmp|order 40 dys)

2. Article Number
   (Transfer from service label)    7005 1160 0001 2962 3038

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                   ☐ Agent
                                    ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 1160 0001 2962 3038**
Detailed Results:

- **Delivered, January 17, 2006, 11:38 am, MONTGOMERY, AL 36130**
- **Arrival at Unit, January 17, 2006, 7:40 am, MONTGOMERY, AL 36119**

< Back        Return to USPS.com Home >

### Track & Confirm
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy