Brown

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Anthony Smith, Security Officer
Draper Correctional Facility
P.O. Box 1107
Elmore, AL 36025

06cv29 (Cmp + order to dys)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X   C Bell                          ☑ Agent
                                    ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery
C Bell                               1/12/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☑ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7005 1160 0001 2962 2994

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

Brown

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Oaklee Williams, Chief Steward
Draper Correctional Facility
P.O. Box 1107
Elmore, AL 36025

06cv29 (Cmp|order to dys)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X   C Bell                          ☑ Agent
                                    ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery
C Bell                               1/12/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☑ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7005 1160 0001 2962 3014

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

Brown

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James Deloach, Warden
Draper Correctional Facility
P.O. Box 1107
Elmore, AL 36025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _C Bell_    ☑ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
_C Bell_    1/17/06

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:    ☑ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

06cv29 (cmp + order 40 dy)

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7005 1160 0001 2962 2987

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540