Brown

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Dottie Mosley
   Consultant Dietitian
   Alabama Department of Corrections
   P. O. Box 301501
   301 S. Ripley Street
   Montgomery, AL 36130-1501

2. Article Number
   (Transfer from service label)

   06cv29 (Cmp/Order to Dep)
   7005 1160 0001 2962 3069

PS Form 3811, August 2001   Domestic Return Receipt   595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Kay P. Hope
   ☑ Agent
   ☐ Addressee

B. Received by ( Printed Name )

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☑ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes