PTrTws

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *Pam Bye*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br>Governor Bob Riley<br>Office of the Governor<br>Alabama State Capitol<br>600 Dexter Avenue<br>Montgomery, AL 36130-2751 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. |
| 06cv29 (cmp/order to dys)<br>2. Article Number<br>(Transfer from service label)  7005 1160 0001 2962 3021 | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540