RECEIVED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ROBERT BROWN, #153819, )
)
    Plaintiff, )
)
v. )
) CASE NO. 2:06-CV-0029-MHT
)
JAMES DELOACH ET.AL., )
)
    Defendants. )

## ANSWER TO JANUARY 19TH ORDER OF THE COURT

    COMES NOW the Plaintiff in the above-styled cause, and as Order by this Court on January 19, 2006 to provide the Court with correct address of Defendant Wanda Hill to perfect service on this individual.

    Plaintiff submit that the address of Wanda Hill is:

Ms. Wanda Hill,
Draper Correctional Center
P.O. Box 1107
Elmore, AL 36025

    Plaintiff further submit that Ms. Hill is employed from 9:00 A.M. to 5:00 P.M. as a Kitchen Steward I at the address indicated above.

    **WHEREFORE THE PREMISES CONSIDERED** the Plaintiff prays that service is perfected on this individual making her a party to this cause of action, because she is directly involve.

    Respectfully submitted this 26th day of January, 2006.

*Robert Brown*
Plaintiff
P.O. Box 1107
Elmore, AL 36025