IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT BROWN, #153819, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-0029-MHT |
| | ) |
| JAMES DELOACH, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On January 30, 2006, the plaintiff filed a response in which he advises the court of an address for Wanda Hill. The Clerk is hereby DIRECTED to serve a copy of the complaint, the January 13, 2006 order of procedure (Court Doc. No. 4) and this order on Wanda Hill at the Draper Correctional Center, c/o Kitchen Services, P.O. Box 1107, Elmore, Alabama 36025. Accordingly, it is

ORDERED that Wanda Hill shall file a written report within thirty (30) days of service of this order.

The plaintiff is advised that the court will not continue to monitor this case to ensure that each of the named defendants has been served. This is the plaintiff's responsibility. The plaintiff is cautioned that if service is not perfected on Wanda Hill this individual will not be considered a party to this cause of action and this case will proceed against only those defendants on whom service has been perfected.

Done this 31st day of January, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE