**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Wanda Hill
    Draper Corr. Center
    c/o Kitchen Services
    P.O. Box 1107
    Elmore AL 36025
    comp, order #4, order #1

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  C Bee            ☒ Agent
                       ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
   C Bell                         2/1/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☒ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
   (Transfer from service label)
   7005 1820 0002 3465 2379

PS Form 3811, February 2004    Domestic Return Receipt   06-29    102595-02-M-1540

Brown — from date 2/2/2006