IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT BROWN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | 2:06-CV-29-MHT |
| JAMES DELOACH, ET AL. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## ANSWER OF DEFENDANTS

COMES NOW Defendants, **James Deloach, Anthony Smith, Wanda Hill, Oaklee Williams, Jimmy Rhodes, Nathaniel Parker, Dottie Mosely, Donal Campbell, and Bob Riley**, by and through undersigned counsel, and for their Answer to the above-styled action, state as follows:

Defendants deny each and every material allegation made in the Complaint, and demand strict proof thereof.

Defendants deny that they violated any of the Plaintiff's constitutional rights.

Defendants deny that they violated the Plaintiff's due process rights.

Defendants deny that they caused or allowed to continue any unconstitutional condition of the Plaintiff's confinement.

Defendants deny that they caused plaintiff to suffer any cruel and unusual punishment..

## DEFENSES AND AFFIRMATIVE DEFENSES

The Plaintiff has failed to state a claim upon which relief may be granted.

The Defendants are immune from suit under the Eleventh Amendment to the United States Constitution.

The Defendants are immune from suit due to qualified immunity.

The Defendants are entitled to absolute sovereign immunity under Article 1, § 14 of the Alabama Constitution (1901).

The Defendants are entitled to state agent immunity.

The Defendants are entitled to discretionary function immunity.

If there is liability for plaintiffs' injuries, liability rests with persons over whom these Defendants had no control and therefore no cause of action exists against these defendants.

The Plaintiff is barred from recovery by the doctrine of contributory negligence.

The Plaintiff is not entitled to an award of monetary damages against the Defendants.

The complaint fails to allege sufficient facts as would show that the Defendants breached any obligation or duty or otherwise caused or contributed to any injury to the plaintiffs.

The Plaintiffs' allegations against these defendants fail due to independent intervening causes.

        Respectfully submitted,

        TROY KING (KIN047)
        Attorney General


        _s/ Benjamin H. Albritton_
        Benjamin H. Albritton (ALB008)
        Assistant Attorney General

## **CERTIFICATE OF SERVICE**

I hereby certify that I have, this the 23rd day of February, 2006, served a copy of the foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Robert Brown, AIS# 153819
Draper Correctional Facility
P.O. Box 1107
Elmore, Alabama 36025

                                                s/ Benjamin H. Albritton
                                                Benjamin H. Albritton
                                                Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300