IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ROBERT BROWN, #153819              )

Plaintiff,                        )

v.                            )          CASE NO. 2:06-CV-0029-MHT

JAMES DELOACH, et al.,             )

Defendants.                       )

## A F F I D A V I T

Before me, a Notary Public in and for said County and State of Alabama at large,

personally appeared Warden James DeLoach, who being known to me and by me

first duly sworn, deposes, and says on oath as follows:

My name is James H. DeLoach. I am currently employed as a Warden III with

the Alabama Department of Corrections assigned to Draper Correctional Center, Elmore,

Alabama 36025. I am over twenty-one years of age and have personal knowledge of the

facts set forth below.

The plaintiff in this action, inmate Robert Brown, was assaulted by inmate Kervin

Goodwin in the kitchen at the Draper Correctional Center. The investigation, after the

assault occurred, revealed that the plaintiff and inmate Goodwin had been arguing for

several days prior to the incident. It is my position that if the plaintiff or inmate Goodwin

had reported to staff that there was a problem, we would have followed the ADOC

Administrative Regulation and institutional procedures which required that the two

inmates be separated and one or both be transferred to another facility. It is also my



EXHIBIT

position that without prior knowledge of inmate Goodwin's intentions no amount of security could have prevented inmate Goodwin from throwing the grease on the plaintiff.

The plaintiff's claim of "unsecured," and "uncontrolled," prisoners at the Draper Correctional Center are without merit and can not be supported by fact.

I would ask that this complaint be dismissed for lack of foundation.

James H. DeLoach, Warden III

SWORN TO AND SUBSCRIBED before me this _____ day of January 2006.

Notary Public

My Commission Expire 8-1-07

N601
D of C
DOC No. 601
(Rev. 1/96)

# STATE OF ALABAMA
## DEPARTMENT OF CORRECTIONS
### INSTITUTIONAL INCIDENT REPORT

| 1. Institution: Draper Correctional Center | 2. Date: 03/28/05 | 3. Time: 11:00 AM | 4. Incident Number DCC 05-66 |
|---|---|---|---|

| 5. Location Where Incident Occurred: Kitchen | 6. Type of Incident: #31 - Assault on Another Inmate |
|---|---|

| 7. Time Incident Reported: 11:05 AM | 8. Who Received Report: _Logan, Cotto_ Sgt. Timothy Logan |
|---|---|

**9. Victim:**

a. BROWN, Robert  No. BM/153819
(Type Full Name)

b. _____ No. _____
(Type Full Name)

**10. Suspects:**

a. GOODWIN, Kervin   No. BM/168193
b. _____ No. _____
c. _____ No. _____
d. _____ No. _____
o. _____ No. _____

**11. Witnesses:**

a. Wanda A. Hill   No. Steward II
b. Patrick Austin   No. BM/226772
c. Jeffery Williams   No. BM/147332S
d. Terry Harris   No. BM/137146
o. Frederick Woods   No. BM/176292R
f. Charleston George   No. BM/232852S
g. _____ No. _____

**Physical Evidence:**

12. Type of Evidence: N/A

13. Description of Evidence: N/A

14. Chain of Evidence: N/A

a. _____
b. _____
c. _____
d. _____

**15. Narrative Summary:** On March 28, 2005, Officer Anthony Smith was assigned to the Kitchen. At approximately 11:00 AM, Officer Smith was present on the back dock monitoring Inmates pulling the trash out of the Kitchen. Officer Smith heard Steward Wanda Hill calling Officer Smith's name due to two (2) Inmates fighting. Officer Smith observed Inmate Robert Brown's, B/153819, face covered with grease and his skin appeared to be peeling off. Officer Smith also observed Inmate Kerwin Goodwin, B/168193, acting in a hostile manner. Officer Smith ordered Inmate Goodwin to report to the front of the Kitchen. Inmate Goodwin complied with the order. Officer Smith radioed Sgt. Timothy Logan and requested assistance. At approximately 11:05 AM, Sgt. Logan, Lt. James Steele, and Officer Keldric Hawkins entered the Kitchen. Lt. Steele and Sgt.

Distribution: ORIGINAL Investigation and Inspection Division    COPY to Central Records File
COPY to Deputy Commissioner, Institutions    COPY to Institutional File



CONTINUATION SHEET

Incident Number: DCC 05-66

Date: 03/28/05

Type of incident:
#31 - Assault on Another Inmate

Narrative Summary (Continued) Page No. 2

Logan was notified of the incident at this time. Sgt. Logan immediately escorted Inmate Brown to Staton's Health Care Unit due to having skin loss to his neck area. Lt. Steele questioned Inmate Goodwin regarding this incident. Inmate Goodwin advised that Inmate Brown hit him first and had been harassing him for approximately one (1) week. Inmate Goodwin did admit to throwing hot grease on Inmate Brown. At approximately 11:10 AM, Inmate Goodwin was examined by LPN Hampton (see attached medical form). Captain Joseph Womble and Warden James DeLoach was advised of this incident at this time. At approximately 11:17 AM, Inmate Goodwin was released from the Health Care Unit and escorted to Draper's Segregation Unit. At approximately 11:30 AM, Inmate Brown was transported to Baptist South Hospital for further medical treatment by State Van #441, Officers Armickle McNear and John Guilford escorting. Lt. Steele and Sgt. Logan questioned several Inmates who were present during this incident (see attached statements). Through questioning, it was determined that Inmates Brown and Goodwin had several verbal altercations during the past several days. It was also determined that Inmate Goodwin was the aggressor due to him admitting to throwing grease on Inmate Brown. Inmate Goodwin then got a large stirring paddle and attempted to strike Inmate Brown but Inmate Jeffery Williams, B/147332, took the paddle away from Inmate Goodwin and kept Inmate Goodwin away from Inmate Brown (See Inmate Williams' statement). Inmate Brown was placed in the medical observation unit at Staton's Health Care Unit. Inmate Goodwin was placed in Administrative Segregation pending disciplinary action for violation of rule #31 - Assault on another Inmate. No further action taken at this time.

_Anthony Smith_ CO I
_____
ANTHONY SMITH, CO I



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 3/28/05 | TIME 10 ☑AM ☐PM | ORIGINATING FACILITY Draper ☐SIR ☐PDL ☐ESCAPEE ☐ ___ population | ☐SICK CALL ☐EMERGENCY ☑OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKDA | CONDITION ON ADMISSION ☑GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA |
|---|---|

| VITAL SIGNS: TEMP 98° (ORAL)/RECTAL | RESP 16 | PULSE 96 | B/P 126/94 | RECHECK IF SYSTOLIC <100> 50   / |
|---|---|---|---|---|

**NATURE OF INJURY OR ILLNESS**

S: I was cleanin off table & got in altercation stated inmate Brown started calling him out his name so he throwed hot grease in his face.

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O: A&O x 3 Ambe in S diff. Skin w/o to touch. Resp reḡ ease. Small less than even / am noted Skin abrasion) to Rt corner of eye lid. ∅ further injuries noted. Denies any other injuries.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| P: Area above eye cleaned c̄ NS  TAO applied | | |

A: Alt comfort

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE 3/28/05 | TIME 10 ☑AM ☐PM | RELEASE / TRANSFERRED TO ☐DOC ☐AMBULENCE ☐ | CONDITION ON DISCHARGE ☐SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE [signature] LRN | DATE 3/28/05 | PHYSICIAN'S SIGNATURE [signature] | DATE 3/28/05 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Goodwin, Kervin | DOC# 168123 | DOB 5/31/68 | R/S B/m | FAC. Draper |
|---|---|---|---|---|



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | | |
|---|---|---|---|---|
| 3 /28/05 | 10 ☑AM ☐PM | *Draper* ☐SIR ☐PDL ☐ESCAPEE ☐ *PDP Cirdta* | ☐SICK CALL ☐EMERGENCY ☐OUTPATIENT | |

| ALLERGIES NKDA | CONDITION ON ADMISSION ☑GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA |
|---|---|

VITAL SIGNS: TEMP 98⁰—  ORAL/RECTAL ___  RESP. 24  PULSE 105  B/P 188/102  RECHECK IF SYSTOLIC <100> 50 ___ / ___

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION ___ / ___ SUTURES |
|---|---|---|---|---|---|

S: "Some one poured Hot grease
on me."

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

A+0x3 Amb w/n steady. Skin w/o
Hot touch. See diagram. Skin loss
noted to several ↑ body areas.
Tetanus given in (R) Deltoid

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| P: HCP to review | | |
| 1) Areas cleaned c̄ sterile H₂O | | |
| Silvadene Silver sulfadiazine apprx | | |
| 2) Send to Baptist SO. ER For c/wst | | |
| Tetanus Today | | |

A: Alt Skin intergrity

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT** 0₂ Sat 97%

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 3 /28/05 | ☐AM ☐PM | ☑DOC Van Baptist SO. ER ☐AMBULENCE | ☑SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |

| NURSE'S SIGNATURE | DATE 3/28/05 | PHYSICIAN'S SIGNATURE | DATE 3/28/05 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Brown, Robert | 153819 | 5/28/57 | B/m | Draper |

PHS-MD 70007

| CONTINUATION SHEET | |
|---|---|
| | Incident Number: DCC 05-66 |
| Date:                          03/28/05 | Type of incident:                    Statement |

Narrative Summary (Continued) Page No. 2

STATEMENT

    I, Charleston George, BM/232852S, didn't see anything but I was aware of an inmate from 3 Cell pull the smaller inmate off of the bigger inmate.  I was also aware that the bigger inmate was covered in hot grease.  Skin from around his neck was burned from the grease.

CHARLESTON GEORGE, BM/232852S

232852

## CONTINUATION SHEET

| Institution: | Incident Number: |
|---|---|
| Drapa | DOC 05-66 |
| Date: | Type of Incident: |

Narrative Summary (Continued) Page No.

I charleston George didn't see anything.

3/28/05

*Charleston George*

but, I was aware of an inmate from 3 cell pull the smaller inmate off of the bigger inmate. I was also aware that the bigger inmate was covered in hot grease. Skin from around his neck was burned from the grease.

ADOC Form 602 Revised 4-6-99

Annex A (Page 2 of 2)

AR 302-April 6,1999

CONTINUATION SHEET

Incident Number: *DCC 05-66*

| Date: | | Type of incident: | |
|---|---|---|---|
| | 03/28/05 | | Statement |

Narrative Summary (Continued) Page No.  2

STATEMENT

I, Inmate Frederick Woods, BM/176292R, was in the back office cleaning up the office.  I didn't see anything but Inmate Robert Brown on the floor.

*Frederick Woods #176292*

FREDERICK WOODS, BM/176292R

CONTINUATION SHEET

Incident Number: DCC 05-66

Date: | Type of incident:

Narrative Summary (Continued) Page No. 2    3/28/2005

I INMATE FREDERICK WOODS WAS IN THE BACK OFFICE CLEANING UP THE OFFICE, I DIDN'T SEE ANYTHING BUT INMATE BROWN ON THE FLOOR.

End OF MY STATEMENT

Frederick Woods
3/28/2005

CONTINUATION SHEET

Incident Number: DCC 05-66

| Date: | Type of incident: |
|---|---|
| 03/28/05 | Statement |

Narrative Summary (Continued) Page No. 2

## STATEMENT

    I, Inmate Terry Harris, BM/137146S, saw Inmate Robert Brown and Kervin Goodwin arguing about who was not helping cook. Then I went to the steam line taking food off the line. Then I saw Inmate Brown coming out with the Officer.

*Terry Harris 137146*

TERRY HARRIS, BM/137146

# CONTINUATION SHEET

| Institution: | Incident Number: DCC 05-66 |
|---|---|
| Date: | Type of Incident: |

Narrative Summary (Continued) Page No.

I TERRy HARRis did Not see Nothing.
15)146


I TERRy Harris saw Brown AnGoodwin Arging about who
wAS _Not_ helping cook, then i went on the
Steam Line taking food off the line. AN then
i saw Brown coming out with the officer.

*Terry Harris* (signature)

ADOC Form 602 Revised 4-6-99

AR 302-April 6,1999

CONTINUATION SHEET

Incident Number: *DCC 05-66*

| Date: | | Type of incident: | |
|---|---|---|---|
| | 03/28/05 | | Statement |

Narrative Summary (Continued) Page No. 2

### STATEMENT

I, Inmate Jeffery Williams, BM/147332S, saw melted grease on the stove in a 4 1/2 inch pan.  So I turned it off and went to clean out the cook pot.  I heard Mrs. Hill holler for Officer Anthony Smith.  I looked up and saw Inmate Kervin Goodwin with a cook paddle heading toward Inmate Robert Brown.  I got the cook paddle away from Inmate Goodwin.  That's when Officer Smith came and got Inmate Goodwin.

*Jeffery Williams 147332*

JEFFERY WILLIAMS, BM/147332S

I JEFFERY WILLIAMS SEEN GREASE ON THE STOVE IN A 1/2 IN. PAN MELTED, SO I TURN IT OFF AND WENT TO CLEAN OUT THE COOK POT. I HEARD MRS HILL hollow FOR OFFICER SMITT. I LOOK UP AND SEEN GOODWIN with A COOK PADDLE HEADING TOWARD BROWN. I GOT the COOK PADDLE AWAY FROM FROM GOODWIN THAT when OFFICER SMITT CAME AND GOT GOODWIN.

CONTINUATION SHEET

Incident Number: DCC 05-66

| Date: | | Type of incident: | |
|---|---|---|---|
| | 03/28/05 | | Statement |

Narrative Summary (Continued) Page No.  2

## STATEMENT

On 03/28/05, at approximately 11:10 AM, I, Steward Wanda Hill, was sitting in the office doing paperwork.  Inmate Frederick Woods was cleaning up the office when an inmate came to the office and told me that two inmates were fighting.  I ran out of the office to see who was fighting.  I observed Inmate Robert Brown and Inmate Kervin Goodwin fighting.  I ran out the back door to get Officer Smith to break up the fight.  Inmate Brown came out behind me, and I observed he had burn marks over his face.  I did not see Inmate Brown when he got burned.

WANDA A. HILL, STEWARD II

## CONTINUATION SHEET

| Institution: | Incident Number: DCC05-66 |
|---|---|
| Date: | Type of Incident: |

Narrative Summary (Continued) Page No.    3/28/05, at 11:10cn,

I Steward W. Hill was sitting in the office doing paperwork Inmate Frederick Woods was cleaning up the office. When a Inmate Come to the office In told me that two Inmates was fighting. I ran out the office to see who were fighting. I Saw Inmate Robert Brown and Inmate Kervin Goodwin fighting I ran out the back door to get Officer Smith to break up the fight. Inmate Brown come out behind me he had burn mark over his face. I did not see Inmate Brown when he got burned End of Statement

Warren G. Hill

ADOC Form 602 Revised 4-6-99

AR 302-April 6,1999

| CONTINUATION SHEET | |
|---|---|
| | Incident Number: *DCC 05-66* |
| Date:                03/28/05 | Type of incident:        Statement |

Narrative Summary (Continued) Page No.  2

## STATEMENT

On 03/38/05, I, Inmate Patrick Austin, BM/226772, was in the Kitchen  and my job was to heat grease to a certain temperature until it is melted.  I used short six inch pans to grease the pans but the grease I had heated for the day was cooled down.  It had been sitting for about 45 minutes. I'm a sweet baker and all sweet bakers and bread bakers use this same method everyday to use the grease.  But I was cooking bread, I saw nothing.  When I finally turned around because the inmates were calling Officer Smith's name.  They were going there separate ways, Brown and Goodwin.

*Patrick Austin  A.S. #226772*

PATRICK AUSTIN, BM/226772

# CONTINUATION SHEET

| Institution: | Incident Number: DCC 05-64 |
| --- | --- |
| Date: | Type of Incident: |

Narrative Summary (Continued) Page No.

I Didn't see anything in the Kitchen that happen

Patrick Austin

3-28-05

A.I.S# 226772

5-cell-up-Bed-116

My Job in the Kitchen is to heat Grease to a sertent temp. until it's melted ~~but~~ in a Iron container or put and I use short six inch pans to grease the pans but the grease I had heated for the day was cooled down it had been sitting for about 45 minutes, I'm a sweet baker and all sweetbakers and bread baker use this same method ever day to use grease. But I was cookin bread I saw nothin when I finally torned around because the Inmate were calling officer Smith name they were going there seperate wayz Brown and goodwen

**STATE OF ALABAMA**
**Draper Correctional Center**
**P. O. Box 1107**
**Elmore, Al. 36025**

STANDARD OPERATING PROCEDURE                    OPR: WARDEN
5-48                                                                        ACA STD:

## KITCHEN SECURITY OFFICER

I. **GENERAL:**  The purpose of this procedure is to provide guidance for the Kitchen Officer in the performance of his/her duties, and to familiarize all personnel with the duties of this post.  Also, to establish procedures to provide effective security and control of inmates and food items during the hours the kitchen is open.

II. **RESPONSIBILITIES:**  The Kitchen Security Officer is responsible for the overall security in the Kitchen. He/she is responsible to the Shift Commander. Shift Commanders must insure that this post is manned by a Correctional Officer from the time the kitchen opens in the morning until it closes in the evening.

III. **ACCOUNTABILITY:**  The Kitchen Security Officer is accountable for all keys and other items of equipment issued to him/her in the performance of his/her duties.

A. The Kitchen Security Officer is to provide security within the Kitchen, dining rooms, unloading of supply trucks, and to maintain control of the inmates assigned to the kitchen.  Food preparation is the responsibility of the on-duty steward.  No security staff member will allow any kitchen worker to cook or prepare any type of food when a steward is not on duty to supervise its preparation. Emergency situations that require an officer to oversee the preparation of food will first be approved through the Warden. The Kitchen Security Officer will never issue food items or utensils. On duty stewards will coordinate the removal of food items from dry storage, coolers, or freezer areas with the Kitchen Security Officer.

1

B. The Kitchen Security Officer, upon assuming duty in the kitchen, will make an inventory count of all of the knives, cleavers, spoons, cups, glasses, food trays, spatulas, wire whips, dough cutters, pliers, meat forks, sharpeners, buffalo blades, potato peelers, and ice cream scoops, and other cutting/cooking devices maintained in the kitchen under the control of the steward. The results of this inventory will be reported immediately to the Shift Commander and logged in the shift log. The 1st Shift will begin the Kitchen Utensil Count Sheet where the results of the Kitchen Security Officers inventory will be recorded. This sheet will be passed on to the next shift and the same procedures will be followed. The 3rd shift will pass the completed form to the Captain. (See Annex A). Any lost or stolen knives or other equipment will be reported to the on-duty shift commander immediately and an incident report will be completed.

C. Any breaches of security will be coordinated between the on-duty Steward, Kitchen Officer, and the Shift Commander without delay. Every inmate leaving the kitchen or dining room will be searched. This includes all population inmates finishing their meals along with all kitchen workers completing their assigned jobs.

D. The Kitchen Security Officer will be responsible for routine searches of the kitchen to insure that the inmates hide no contraband for later usage. The Kitchen Security Officer will make frequent checks of the slop house to assure there is no pilferage from the kitchen area. This search will not interfere with the food preparation process. All entrance doors will be locked unless an officer is present at the door. All security doors will be checked periodically during each shift.

E. The Kitchen Officer will be present during the unloading of supply trucks, and will provide necessary security. Stewards will insure that all supplies are properly removed and stored without items being damaged, taken or hidden by the inmates.

F. The Kitchen Security Officer will know how many inmates are on duty in the kitchen at all times. He/she will make a count of all inmates upon assuming his/her duties in the kitchen. The Kitchen Security Officer will make informal counts at irregular intervals throughout his/her shift to

2

ensure that all inmates are present and accounted for. No kitchen worker will be let out of the kitchen until the officer checks with the steward. This is to insure that the inmate has completed his assigned task(s) to the satisfaction of the steward. If the inmate claims that he must leave the kitchen before the completion of his job or shift, for any reason, the kitchen officer will check with the kitchen steward, shift office, institutional newsletter before allowing the inmate to leave. The on-duty steward will cooperate with the Kitchen Officer and will not allow any inmates to enter or leave the kitchen without notifying the kitchen officer and making him/her aware of who entered or left the kitchen. During the formal institutional count, the kitchen officer will place all inmates, in the kitchen, into the Dining Room where they will be placed on the wall and counted. The inmates will be held in the kitchen until the count has been cleared. Only assigned and on-duty kitchen inmates will be allowed in the kitchen. "Volunteer" inmate kitchen workers **WILL NOT** be used. If additional kitchen workers are needed for a special meal or project, the on-duty steward will identify these inmates to the kitchen officer who will arrange for them to be sent to the kitchen.

G. During the serving of meals, the Kitchen Security Officer will post himself/herself in the food preparation area and ensure that the inmates are effectively controlled to prevent any unusual activities or theft. The entrance door located nearest to the clipper room will be locked to keep unauthorized inmate traffic from entering the food preparation area. The kitchen back door is to remain locked at all times except when under the strict supervision of the officer or steward. Any container leaving the kitchen will be thoroughly searched for hidden contraband being taken from the kitchen. These include food carts going to the Segregation Unit, slop barrels, trash barrels, and cardboard boxes, etc. Trash and garbage receptacles will only be removed from the kitchen area under the supervision of the officer. Empty receptacles will only be placed in the close proximity to the back door. As the trash and garbage is removed from the kitchen area, the officer will observe the inmates as they transfer the contents from full receptacles to the empty ones. The officer will inspect the trash and garbage for kitchen utensils, inmate clothing and unauthorized food items so that they are not disposed of. The officer will ensure that the spoons are counted before and after each meal. The spoon count will be reported to the Shift Commander immediately after each count is conducted and it will be logged in the shift log.

H. Excessive noise in the dining area by inmates will not be tolerated. No inmate will be allowed to eat or drink in the food preparation area or behind the serving line.

3

I. The Kitchen Officer will insure that after feeding and clean up of the evening meal, all doors in the kitchen will be secured and all utensils are accounted for.

J. The kitchen officer will insure that kitchen workers only exit through the Entrance Door to the kitchen. The kitchen officer will shake down all kitchen workers as they enter and exit.

K. The Kitchen Security Officer will ensure that, during meals, no kitchen worker will be allowed in the dining room except the assigned dining room workers.

L. At no time will there be any alarm clocks, reading materials, or radios present on this post. Should you become sleepy, ill, or in any other way unable to perform your post duties, you will immediately notify the Shift Commander. Do not vacate your post unless properly relieved.

M. The Kitchen Security Officer will be in compliance with the Administrative Regulation 217 at all times. The Kitchen Security Officer must wear a DOC cap or a white kitchen hat while performing his/her duties while in the area behind the food serving line to the rear door of the kitchen.

This Standard Operating Procedure supercedes SOP #5-48 dated 9-9-97 and any other memorandums to date.

_4/30/02_
Date

James H. Delloach, Warden III
Draper Correctional Center

4

Annex A SOP 5-48

## Kitchen Utensil Count Sheet

Date: _____

The following is a accurate count of all Kitchen Utensils:

|  | 1st. Shift | 2nd. Shift | 3rd. Shift |
|---|---|---|---|
| Knives: | _____ | _____ | _____ |
| Cleavers: | _____ | _____ | _____ |
| Spoons: | _____ | _____ | _____ |
| Cups: | _____ | _____ | _____ |
| Glasses: | _____ | _____ | _____ |
| Food Trays: | _____ | _____ | _____ |
| Scapulas: | _____ | _____ | _____ |
| Wire Whips: | _____ | _____ | _____ |
| Dough Cutters: | _____ | _____ | _____ |
| Pliers: | _____ | _____ | _____ |
| Meat Forks: | _____ | _____ | _____ |
| Sharpeners: | _____ | _____ | _____ |
| Buffalo Blades: | _____ | _____ | _____ |
| Potato Peelers: | _____ | _____ | _____ |
| Ice Cream Scoops: | _____ | _____ | _____ |

| _____ | _____ | _____ |
|---|---|---|
| 1st. Shift Officer | 2nd. Shift Officer | 3rd. Shift Officer |


| _____ | _____ | _____ |
|---|---|---|
| 1st. Shift Cmd. | 2nd. Shift Cmd. | 3rd. Shift Cmd. |