IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

ROBERT BROWN, #153819,           )
                                 )
        Plaintiff,               )
                                 )
                                 )
        vs.                      )    CASE NO. 2:06-CV-0029-MHT
                                 )
JAMES DELOACH, et al.,           )
                                 )
        Defendants.              )


A F F I D A V I T

    Before me, a Notary Public in and for said County and State of Alabama at large,

personally appeared Mr. Anthony Smith, who being known to me and being by me

first duly sworn, deposes and says on oath as follows.

    My name is Anthony Smith.  I am currently employed as a Correctional Officer I

with the Alabama Department of Corrections at Draper Correctional Center, Elmore,

Alabama 36025.  I am over twenty-one years of age.

    On March 28, 2005, I, Officer Anthony Smith, was assigned to the Kitchen.  At

approximately 11:00 AM, I was present on the back dock monitoring Inmates pulling

the trash out of the Kitchen.  Steward Wanda Hill called me to the cooking area.  I

immediately entered the Kitchen from the back dock and observed Inmate Robert

Brown's, B/153819, face and upper torso covered with grease.  I also observed Inmate

Brown's skin appeared to be peeling off from his facial/neck area.  Inmate Kevin

Goodwin, B/168193, who was present in the area was acting in a hostile manner.  I

immediately ordered Inmate Goodwin to report to the dinning area.  Inmate Goodwin



complied with the order. I then radioed for Sgt. Timothy Logan to report to the Kitchen.

At approximately 11:05 AM, Sgt. Logan, Lt. James Steele, and Officer Keldric Hawkins

entered the Kitchen. Sgt. Logan immediately escorted Inmate Brown to Staton's Health

Care Unit for treatment. Inmate Brown walked to Staton's Health Care Unit without

assistance. Lt. Steele questioned Inmate Goodwin regarding this incident. Inmate

Goodwin did admit to throwing hot grease on Inmate Brown because Inmate Brown hit

him first and has been verbally harassing him for approximately one (1) week. Inmate

Brown was examined by LPN Hampton and transported to Baptist South Hospital

emergency room for further treatment by Staton van. At approximately 11:10 AM,

Warden James DeLoach and Captain Joseph Womble were notified of the incident.

Inmate Goodwin was examined by LPN Hamption for placement in Segregation pending

disciplinary action for violating rule #31 – Assault on another Inmate from

Administrative Regulation #403. Lt. Coach and Sgt. Logan questioned several Inmates

who were present in the Kitchen when this incident took place. Through questioning,

it was determined that Inmates Goodwin and Brown had several verbal altercations that

took place during the past several days. It was also determined that Inmate Goodwin was

the aggressor in this incident. Inmate Goodwin, after he threw hot grease on Inmate

Brown, attempted to strike Inmate Brown with a large stirring paddle but did not due to

Inmate Jeffery Williams, B/147332, taking the paddle away from Inmate Goodwin.

During this incident I was on the back dock allowing Inmates to pull the trash out from

the lunch meal. For additional information, see attached incident report, body charts,

CONTINUED

witnesses' statements, and Draper Kitchen S.O. P. (Standard Operating Procedure).  This

is all I know regarding this incident.

_Cinthy Smth Co I_

ANTHONY SMITH, CO I

SWORN TO AND SUBSCRIBED BEFORE ME THIS _29_ DAY OF January,
2006.

_John K Bowlan_

NOTARY PUBLIC

My Commission expires _03-1-06_

N601
D of C
DOC No. 601
(Rev. 1/96)

# STATE OF ALABAMA
# DEPARTMENT OF CORRECTIONS
## INSTITUTIONAL INCIDENT REPORT

| 1. Institution: Draper Correctional Center | 2. Date: 03/28/05 | 3. Time: 11:00 AM | 4. Incident Number DCC 05-66 |
|---|---|---|---|

| 5. Location Where Incident Occurred: Kitchen | 6. Type of Incident: #31 - Assault on Another Inmate |
|---|---|

| 7. Time Incident Reported: 11:05 AM | 8. Who Received Report: Sgt. Timothy Logan |
|---|---|

**9. Victim:**

a. BROWN, Robert      No. BM/153819
(Type Full Name)

b. _____      No. _____
(Type Full Name)

| 10. Suspects: | | 11. Witnesses: | | |
|---|---|---|---|---|
| a. GOODWIN, Kervin | No. BM/168193 | a. Wanda A. Hill | No. Steward II |
| b. _____ | No. _____ | b. Patrick Austin | No. BM/226772 |
| c. _____ | No. _____ | c. Jeffery Williams | No. BM/147332S |
| d. _____ | No. _____ | d. Terry Harris | No. BM/137146 |
| o. _____ | No. _____ | o. Frederick Woods | No. BM/176292R |
| | | f. Charleston George | No. BM/232852S |
| | | 9. _____ | No. _____ |

**Physical Evidence:**

12. Type of Evidence: N/A

_____
_____
_____

13. Description of Evidence: N/A

_____
_____

14. Chain of Evidence: N/A

a. _____
b. _____
c. _____
d. _____

RECEIVED
APR 1 2005
CLASSIFICATION UNIT
DRAPER C.C.

15. Narrative Summary: On March 28, 2005, Officer Anthony Smith was assigned to the Kitchen. At approximately 11:00 AM, Officer Smith was present on the back dock monitoring Inmates pulling the trash out of the Kitchen. Officer Smith heard Steward Wanda Hill calling Officer Smith's name due to two (2) Inmates fighting. Officer Smith observed Inmate Robert Brown's, B/153819, face covered with grease and his skin appeared to be peeling off. Officer Smith also observed Inmate Kerwin Goodwin, B/168193, acting in a hostile manner. Officer Smith ordered Inmate Goodwin to report to the front of the Kitchen. Inmate Goodwin complied with the order. Officer Smith radioed Sgt. Timothy Logan and requested assistance. At approximately 11:05 AM, Sgt. Logan, Lt. James Steele, and Officer Keldric Hawkins entered the Kitchen. Lt. Steele and Sgt.

D of C
N 602

| CONTINUATION SHEET | |
|---|---|
| | Incident Number: DCC 05-66 |
| Date: 03/28/05 | Type of incident: #31 - Assault on Another Inmate |

Narrative Summary (Continued) Page No. 2

Logan was notified of the incident at this time. Sgt. Logan immediately escorted Inmate Brown to Staton's Health Care Unit due to having skin loss to his neck area. Lt. Steele questioned Inmate Goodwin regarding this incident. Inmate Goodwin advised that Inmate Brown hit him first and had been harassing him for approximately one (1) week. Inmate Goodwin did admit to throwing hot grease on Inmate Brown. At approximately 11:10 AM, Inmate Goodwin was examined by LPN Hampton (see attached medical form). Captain Joseph Womble and Warden James DeLoach was advised of this incident at this time. At approximately 11:17 AM, Inmate Goodwin was released from the Health Care Unit and escorted to Draper's Segregation Unit. At approximately 11:30 AM, Inmate Brown was transported to Baptist South Hospital for further medical treatment by State Van #441, Officers Armickle McNear and John Guilford escorting. Lt. Steele and Sgt. Logan questioned several Inmates who were present during this incident (see attached statements). Through questioning, it was determined that Inmates Brown and Goodwin had several verbal altercations during the past several days. It was also determined that Inmate Goodwin was the aggressor due to him admitting to throwing grease on Inmate Brown. Inmate Goodwin then got a large stirring paddle and attempted to strike Inmate Brown but Inmate Jeffery Williams, B/147332, took the paddle away from Inmate Goodwin and kept Inmate Goodwin away from Inmate Brown (See Inmate Williams' statement). Inmate Brown was placed in the medical observation unit at Staton's Health Care Unit. Inmate Goodwin was placed in Administrative Segregation pending disciplinary action for violation of rule #31 - Assault on another Inmate. No further action taken at this time.

Anthony Smith, CO I

ANTHONY SMITH, CO I



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | |
|---|---|---|---|
| 3/20/05 | 16:10 ☑AM ☐PM | Draper Population | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ SICK CALL ☑EMERGENCY ☐OUTPATIENT |

| ALLERGIES | CONDITION ON ADMISSION |
|---|---|
| NKDA | ☑GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA |

| VITAL SIGNS: TEMP | | RESP | PULSE | B/P | RECHECK IF SYSTOLIC <100> 50 |
|---|---|---|---|---|---|
| 98° | ☑ORAL ☐RECTAL | 16 | 96 | 126/94 | / |

NATURE OF INJURY OR ILLNESS

I was cleanin off table & got in altercation stated inmate Brown started callin him out his name so he throwed hot grease in his face.

| ABRASION /// | CONTUSION # | BURN ✗ | FRACTURE Z | LACERATION / SUTURES |
|---|---|---|---|---|



PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

A+O x 3 Amb in 5 diff. Skin w/o to even. Resp neg ō ease. Smell less then ēoω error noted (skin g bruision) @ Rt corner of eye lid. D further injuries noted. Denies any other injuries.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| 1. Area above eye cleaned c̄ NS TAO applied | | |

Alt comfort

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 3/28/05 | 10:11 ☑AM ☐PM | ☐ DOC ☐ AMBULENCE | ☑SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIANS SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| W. Wright LPN | 3/28/05 | H. Kelley | 3/28/05 | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| | | | | |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | | |
|---|---|---|---|---|
| 3 /28 /05 | 10 ☐ AM ☑ PM | ☐ SIR ☐ POL ☐ ESCAPEE ☑ ____ POP C____ | ☐ SICK CALL ☐ EMERGENCY ☑ OUTPATIENT | |

ALLERGIES  NKDA

VITAL SIGNS: TEMP 98⁰  ORAL/RECTAL  RESP: 24  PULSE 105  B/P 188/102  RECHECK IF SYSTOLIC <100> 50

CONDITION ON ADMISSION: ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

NATURE OF INJURY OR ILLNESS:

". Some one poured hot grease on me."

| ABRASION // | CONTUSION # | BURN XX | FRACTURE Z/Z | LACERATION / SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION:

10x3 Areas c diff. Skin w/o touch. (See diagram) Skin loss ____ to several ____ body areas. Tetanus given in (R) Deltoid

ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY

P. HCP to review
1) Areas cleaned c sterile H₂O
   Start on Silver Sulfadiazine ____
2) Send to Baptist So. ER for ____
   Tetanus Today

DIAGNOSIS: · Alt Skin integrity

INSTRUCTIONS TO PATIENT: 0₂ Sat 97%

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 3 /28 /05 | ☐ AM ☑ PM | Baptist So. ER ☐ DOC Van ☐ AMBULENCE | ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

NURSE'S SIGNATURE ____ DATE 3/28/05

PHYSICIAN'S SIGNATURE ____ DATE 3/28/05  CONSULTATION

INMATE NAME (LAST, FIRST, MIDDLE)

| DOC# | DOB | R/S | FAC. |
|---|---|---|---|
| | 5/__/__ | B/ | |

D of C
N 602

| CONTINUATION SHEET |
|---|

| | Incident Number: *DCC 05-66* |
|---|---|
| Date:<br><br>03/28/05 | Type of incident:<br><br>Statement |

Narrative Summary (Continued) Page No.  2

### STATEMENT

I, Charleston George, BM/232852S, didn't see anything but I was aware of an inmate from 3 Cell pull the smaller inmate off of the bigger inmate.  I was also aware that the bigger inmate was covered in hot grease.  Skin from around his neck was burned from the grease.

CHARLESTON GEORGE, BM/232852S

*232852*

## CONTINUATION SHEET

Institution: Draper

Incident Number: DCC 05-66

Date:

Type of Incident:

Narrative Summary (Continued) Page No.

I checked on George didn't see anything.

3/28/05

*Chuleston George*

but, I was aware of an inmate from 3 cell pull the smaller inmate off of the bigger inmate. I was also aware that the bigger inmate was covered in hot grease. Skin from around his neck was burned from the grease.

ADOC Form 602 Revised 4-6-99

AR 302-April 6, 1999

D of C
N 602

| CONTINUATION SHEET | |
|---|---|
| | Incident Number: DCC 05-66 |
| Date:  03/28/05 | Type of incident:  Statement |

Narrative Summary (Continued) Page No.  2

## STATEMENT

I, Inmate Frederick Woods, BM/176292R,was in the back office cleaning up the office.  I didn't see anything but Inmate Robert Brown on the floor.

*Frederick Woods #176292*

FREDERICK WOODS, BM/176292R

D of C
N 602

| CONTINUATION SHEET | |
|---|---|
| | Incident Number: DCC 05-66 |
| Date: | Type of incident: |

Narrative Summary (Continued) Page No. 2      3/28/2005

I INMATE FREDERICK WOODS WAS IN
THE BACK OFFICE CLEANING UP THE
OFFICE, I did'nt SEE ANYTHING BUT
INMATE BROWN ON THE FLOOR.

          END OF MY STATEMENT

        Frederick Woods

        3/28/2005

D of C
N 602

| CONTINUATION SHEET | |
|---|---|
| | Incident Number: DCC 05-66 |
| Date: 03/28/05 | Type of incident: Statement |

Narrative Summary (Continued) Page No. 2

## STATEMENT

    I, Inmate Terry Harris, BM/137146S, saw Inmate Robert Brown and Kervin Goodwin arguing about who was not helping cook. Then I went to the steam line taking food off the line. Then I saw Inmate Brown coming out with the Officer.

Terry Harris 137146
TERRY HARRIS, BM/137146

## CONTINUATION SHEET

| Institution: | Incident Number: |
| --- | --- |
| | DCC 05-66 |
| Date: | Type of Incident: |

Narrative Summary (Continued) Page No.

I TERRy HARR's did Not see Nothing.
137146


I TERRY HARRis saw Brown AnGoodwin Anging about who
was not helping cook, then i went on the
Stephn Line taking food off the line. AN then
I saw Brown coming out with the officer.

*Terry Harris* (signature)

ADOC Form 602 Revised 4-6-99

AR 302-April 6,1999

D of C
N 602

| CONTINUATION SHEET | |
|---|---|
| | Incident Number: *DCC 05-66* |
| Date: 03/28/05 | Type of incident: Statement |

Narrative Summary (Continued) Page No. 2

## STATEMENT

    I, Inmate Jeffery Williams, BM/147332S, saw melted grease on the stove in a 4 1/2 inch pan.  So I turned it off and went to clean out the cook pot.  I heard Mrs. Hill holler for Officer Anthony Smith.  I looked up and saw Inmate Kervin Goodwin with a cook paddle heading toward Inmate Robert Brown.  I got the cook paddle away from Inmate Goodwin.  That's when Officer Smith came and got Inmate Goodwin.

*Jeffery Williams 147332*

JEFFERY WILLIAMS, BM/147332S

I JEFFERY WILLIAMS SEEN GREASE ON THE STOVE IN A 1/2 IN. PAN MELTd, SO I TURN IT OFF AND WENT TO CLEAN OUT THE COOK POT. I HEARD MRS HILL HOLLOW FOR OFFICER SMITT. I LOOK UP AND SEEN GOODWIN WITH A COOK PAN HEADING TOWARD BROWN. I GOT the COOK PAN AWAY FROM GOODWIN THAT when OFFICER SMITT CAME AND GOT GOODWIN.

D of C
N 602

| CONTINUATION SHEET | |
|---|---|
| | Incident Number: DCC 05-66 |
| Date:    03/28/05 | Type of incident:    Statement |

Narrative Summary (Continued) Page No.  2

## STATEMENT

On 03/28/05, at approximately 11:10 AM, I, Steward Wanda Hill, was sitting in the office doing paperwork.  Inmate Frederick Woods was cleaning up the office when an inmate came to the office and told me that two inmates were fighting.  I ran out of the office to see who was fighting.  I observed Inmate Robert Brown and Inmate Kervin Goodwin fighting.  I ran out the back door to get Officer Smith to break up the fight.  Inmate Brown came out behind me, and I observed he had burn marks over his face.  I did not see Inmate Brown when he got burned.

WANDA A. HILL, STEWARD II

## CONTINUATION SHEET

| Institution: | Incident Number: DCC 05-66 |
|---|---|
| Date: | Type of Incident: |

Narrative Summary (Continued) Page No. 3/28/05, at 11:10 cm,

I Steward W. Hill was sitting in the office doing paperwork Inmate Frederick Woods was cleaning up the office. When a Inmate come to the office In told me that two Inmates was fighting. I ran out the office to ~~get~~ see who were fighting. I saw Inmate Robert Brown and ~~Inmate~~ Kervin Goodwin fighting I ~~took~~ Ran out the back door to get Officer Smith to break up the fight. Inmate Brown come out behind me he had burn mark over his face. I did not see Inmate Brown when he got burned End of Statement

Warka G Hill

D of C
N 602

| CONTINUATION SHEET |
|---|

Incident Number: DCC 05-66

| Date: | | Type of incident: | |
|---|---|---|---|
| | 03/28/05 | | Statement |

Narrative Summary (Continued) Page No. 2

## STATEMENT

On 03/38/05, I, Inmate Patrick Austin, BM/226772, was in the Kitchen and my job was to heat grease to a certain temperature until it is melted. I used short six inch pans to grease the pans but the grease I had heated for the day was cooled down. It had been sitting for about 45 minutes. I'm a sweet baker and all sweet bakers and bread bakers use this same method everyday to use the grease. But I was cooking bread, I saw nothing. When I finally turned around because the inmates were calling Officer Smith's name. They were going there separate ways, Brown and Goodwin.

*Patrick Austin Al. S. #226772*

PATRICK AUSTIN, BM/226772

**CONTINUATION SHEET**

Institution:

Incident Number: DCC 05-64

Date:

Type of Incident:

Narrative Summary (Continued) Page No.

I Dedn't see anything in the Kitchen that happen

Patrick Austin

3-28-05

My Job in the Kitchen is to heat Grease to a sertent temp. until it's melted ~~but~~ in a Iron container or put and I use short six inch pans to grease the pans but the grease I had heated for the day was cooled down it had been sitting for about 45 minutes. I'm a sweet baker and all sweet bakers and bread baker use this same method ever day to use grease. But I was cookin bread I saw nothin when I finally torned around because the

A.I.S# 226772
5 cell-up-Bed-116

Inmate were calling officer Smith name they were going nere seperate wayz Brown and goodwen

ADOC Form 602 Revised 4-6-99

Annex A (Page 2 of 2)

8

AR 302-April 6,1999