IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT BROWN, #153819 ) | |
| Plaintiff, ) | |
| Vs. ) | CASE NO. 2:06-CV-0029-MHT |
| JAMES DELOACH, et al., ) | |
| Defendants. ) | |

AFFIDAVIT

Before me, a Notary Public in and for said County and State of Alabama at large, personally appeared Ms. Wanda Hill, who being known to me and being by me first duly sworn, deposes and says on oath as follows.

My name is Wanda Hill. I am currently employed as a Steward I with the Alabama Department of Corrections at Draper Correctional Center, Elmore, Alabama 36025. I am over twenty-one years of age and have personal knowledge of the facts set forth below.

I was in charge of the kitchen on March 28, 2005. I was in the kitchen steward's office. At 11:00 AM an inmate ran to the office to inform me that two inmates were fighting. I ran out the office to see who were fighting. I observed inmate Kerwin Goodwin and inmate Robert Brown on the kitchen floor fighting. I ran out the back door to get kitchen security, Officer Anthony Smith. When I went out back inmate Brown came out behind me. At this time I saw that inmate Brown had been burned on his face and neck. I did not see when inmate Goodwin threw the hot grease on inmate Brown. At no time did I give inmate Goodwin any grease. I have given inmate Austin some grease to put on the stove to prepare the hot rolls but not inmate Goodwin.

EXHIBIT 3

_____
Wanda Hill, Steward I

SWORN TO AND SUBSCRIBED before me this 6th day of February 2006.

_____
Notary Public

My Commission Expire 8-1-07