IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT BROWN, #153819 | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-CV-0029-MHT |
| JAMES DELOACH, et al., | ) | |
| Defendants. | ) | |

AFFIDAVIT

Before me, a Notary Public in and for said County and State of Alabama at large, personally appeared Steward Chief Oaklee Williams, Jr., who being known to me and by me first duly sworn, deposes, and says on oath as follows:

My name is Oaklee Williams, Jr. I am currently employed as a Chief Steward III with the Alabama Department of Corrections assigned to Draper Correctional Center, Elmore, Alabama 36025. I am over twenty-one years of age and have personal knowledge of the facts set forth below.

On March 28, 2005 I was not on duty when the alleged incident occurred. I have no knowledge of events leading up to inmate Goodwin's assault on the plaintiff nor do I have first hand knowledge of the incident.

I deny that I have ever violated any well-established constitutional rights of inmate Brown.



EXHIBIT
4

_____
Oaklee Williams, Jr., Chief Steward III

SWORN TO AND SUBSCRIBED before me this 24th day of January 2006.

_____
Notary Public

My Commission Expire 8-1-07