IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT BROWN, # 153819, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | CASE NO 2:06-CV-0029-MHT |
| ) | |
| JAMES DELOACH, et al., ) | |
| ) | |
| Defendants. ) | |

# AFFIDAVIT

Before me, a Notary Public in and for said County and State of Alabama at large, personally appeared Jimmy Rhodes, who being known to me and by me first duly sworn deposes, and says on oath as follows:

"My name is Jimmy Rhodes. I am currently employed as Director of Institutional Services with the Alabama Department of Corrections, Elmore, Alabama 36025. I am over twenty-one years of age.

During the period of March 28, 2005, I was assigned to Institutional Services Division as Director. I have no knowledge of the plaintiff's complaint."

_____
Jimmy Rhodes
Director

SWORN TO AND SUBSCRIBED before me this 27th day of January, 2006.

_____
Notary Public

My commission expires: Commission expires March 29, 2008

EXHIBIT 5