IN THE DISTRICT COUR TOF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT BROWN, #153819 ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-CV-0029-MHT |
| JAMES DELOACH, et al., ) | |
| Defendants. ) | |

## AFFIDAVIT

Before me, a Notary Public in and for said County and State of Alabama at large, personally appeared Nathaniel Parker, who being known to me and by me first duly sworn, deposes, and says on oath as follows:

My name is Nathaniel Parker. I am currently employed as a Food Service Specialist with the Alabama Department of Corrections, Elmore, Alabama 36025. I am over twenty-one years of age.

During the period of March 28, 2005 I was assigned to Staton Correctional Facility as a Chief Steward. I have no knowledge of the plaintiff's complaint.

_____
Nathaniel Parker
Food Services Specialist

SWORN TO AND SUBSCRIBED before me this 26th day of January 2006.

_____
Notary Public

My Commission Expire 5-1-07

EXHIBIT 6