## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

ROBERT BROWN,               )
                                )
        Plaintiff,         )
                                  )
     Vs.                          ) Case No.2:06-CV-029-MHT
JAMES DELOACH, ET AL.,       )
                                  )
        Defendants.       )

### AFFIDAVIT OF ROBERT BROWN

**STATE OF ALABAMA)**
**COUNTY OF ELMORE)**

Before me, the undersigned authority, in this day personally appeared Robert Brown, who being by me first duly sworn, deposed and stated upon his oath the following:

My name is Robert Brown and I am over the age of 19 years. I have personal knowledge of the information contained in this Affidavit. I am and have been at all material times hereto an inmate in the Draper Correctional Center in the State of Alabama.

I was assigned to work in the Kitchen at the Draper Correctional Center by Defendant DeLoach. I was a cook. On March 28, 2005, other inmates and myself were ordered by Defendant Hill to prepare the meal for

the day, which menu was signed by Defendant Oaklee Williams, and ordered by Defendants Campbell, Parker, and Mosley. This is the only part Defendants Oaklee, Parker and Mosley acted in this matter.

While working, on March 28, 2005 I reported to Defendant Hill that inmate Goodwin was not helping. On the same day, at or about 10:00 A.M. inmate Goodwin made a threat that he was going to get me for reporting he was not working, in a manner to impress the female steward, who is Defendant Hill. Inmate Goodwin and I did have several verbal altercations a few days before, in the kitchen in the presence of Defendant Hill, about not being able to work together.

At about 10:55 A.M., the same day, Defendants Hill and Smith, after hearing the threat made by inmate Goodwin, knowing he posed a substantial risk of serious harm to me, left the kitchen. Defendant Smith went outside, where he could not hear or see what was going on in the kitchen. Defendant Hill went into her office, which is isolated from the kitchen. This gave inmate Goodwin his chance to make good on his threat, in violation of Standard Operating Procedure, 5-48. (See

attached hereto As Exhibit "A"). This gave defendant Hill and Smith clear warnings, that it was their duty to monitor and supervise inmates in the kitchen. No later than when security and the steward left the kitchen did inmate Goodwin throw boiling cooking grease on to my face, and attacked me with a large object used to mix food with in a large cooking pot. (See Affidavit of Defendants).

This assault happen because there was only one guard on duty but in a different area of the prison, and the tension of the inmate population built by the living conditions of the overcrowded prison facility, that grows more violent every day, that Defendants Campbell and Riley are well aware of, but failed to correct.

As a result I was hospitalized for third degree burns to my face, ear, neck, and upper body, and I continue suffer excruciating pain and disfiguration to my face, ear, neck, and upper body, without medical treatment. I did nothing to deserve such cruel and unusual punishment.

**STATE OF ALABAMA**    )
**ELMORE COUNTY**    )

*Robert Brown*
**Robert Brown**

**SWORN TO AND SUBSCRIBED** before me this ___8___ day
of _____*March*_____ , 2006.

*Jerome Pera*
**NOTARY PUBLIC**

**MY COMMISSION EXPIRES:** _____

My Commission Expires March 25, 2008

4

**STATE OF ALABAMA**
**Draper Correctional Center**
**P. O. Box 1107**
**Elmore, Al. 36025**

STANDARD OPERATING PROCEDURE
5-48

OPR: WARDEN
ACA STD:

## KITCHEN SECURITY OFFICER

I. **GENERAL:** The purpose of this procedure is to provide guidance for the Kitchen Officer in the performance of his/her duties, and to familiarize all personnel with the duties of this post. Also, to establish procedures to provide effective security and control of inmates and food items during the hours the kitchen is open.

II. **RESPONSIBILITIES:** The Kitchen Security Officer is responsible for the overall security in the Kitchen. He/she is responsible to the Shift Commander. Shift Commanders must insure that this post is manned by a Correctional Officer from the time the kitchen opens in the morning until it closes in the evening.

III. **ACCOUNTABILITY:** The Kitchen Security Officer is accountable for all keys and other items of equipment issued to him/her in the performance of his/her duties.

A. The Kitchen Security Officer is to provide security within the Kitchen, dining rooms, unloading of supply trucks, and to maintain control of the inmates assigned to the kitchen. Food preparation is the responsibility of the on-duty steward. No security staff member will allow any kitchen worker to cook or prepare any type of food when a steward is not on duty to supervise its preparation. Emergency situations that require an officer to oversee the preparation of food will first be approved through the Warden. The Kitchen Security Officer will never issue food items or utensils. On duty stewards will coordinate the removal of food items from dry storage, coolers, or freezer areas with the Kitchen Security Officer.

1

B. The Kitchen Security Officer, upon assuming duty in the kitchen, will make an inventory count of all of the knives, cleavers, spoons, cups, glasses, food trays, spatulas, wire whips, dough cutters, pliers, meat forks, sharpeners, buffalo blades, potato peelers, and ice cream scoops, and other cutting/cooking devices maintained in the kitchen under the control of the steward. The results of this inventory will be reported immediately to the Shift Commander and logged in the shift log. The 1st Shift will begin the Kitchen Utensil Count Sheet where the results of the Kitchen Security Officers inventory will be recorded. This sheet will be passed on to the next shift and the same procedures will be followed. The 3rd shift will pass the completed form to the Captain. (See Annex A). Any lost or stolen knives or other equipment will be reported to the on-duty shift commander immediately and an incident report will be completed.

C. Any breaches of security will be coordinated between the on-duty Steward, Kitchen Officer, and the Shift Commander without delay. Every inmate leaving the kitchen or dining room will be searched. This includes all population inmates finishing their meals along with all kitchen workers completing their assigned jobs.

D. The Kitchen Security Officer will be responsible for routine searches of the kitchen to insure that the inmates hide no contraband for later usage. The Kitchen Security Officer will make frequent checks of the slop house to assure there is no pilferage from the kitchen area. This search will not interfere with the food preparation process. All entrance doors will be locked unless an officer is present at the door. All security doors will be checked periodically during each shift.

E. The Kitchen Officer will be present during the unloading of supply trucks, and will provide necessary security. Stewards will insure that all supplies are properly removed and stored without items being damaged, taken or hidden by the inmates.

F. The Kitchen Security Officer will know how many inmates are on duty in the kitchen at all times. He/she will make a count of all inmates upon assuming his/her duties in the kitchen. The Kitchen Security Officer will make informal counts at irregular intervals throughout his/her shift to

2

ensure that all inmates are present and accounted for. No kitchen worker will be let out of the kitchen until the officer checks with the steward. This is to insure that the inmate has completed his assigned task(s) to the satisfaction of the steward. If the inmate claims that he must leave the kitchen before the completion of his job or shift, for any reason, the kitchen officer will check with the kitchen steward, shift office, institutional newsletter before allowing the inmate to leave. The on-duty steward will cooperate with the Kitchen Officer and will not allow any inmates to enter or leave the kitchen without notifying the kitchen officer and making him/her aware of who entered or left the kitchen. During the formal institutional count, the kitchen officer will place all inmates, in the kitchen, into the Dining Room where they will be placed on the wall and counted. The inmates will be held in the kitchen until the count has been cleared. Only assigned and on-duty kitchen inmates will be allowed in the kitchen. "Volunteer" inmate kitchen workers **WILL NOT** be used. If additional kitchen workers are needed for a special meal or project, the on-duty steward will identify these inmates to the kitchen officer who will arrange for them to be sent to the kitchen.

G. During the serving of meals, the Kitchen Security Officer will post himself/herself in the food preparation area and ensure that the inmates are effectively controlled to prevent any unusual activities or theft. The entrance door located nearest to the clipper room will be locked to keep unauthorized inmate traffic from entering the food preparation area. The kitchen back door is to remain locked at all times except when under the strict supervision of the officer or steward. Any container leaving the kitchen will be thoroughly searched for hidden contraband being taken from the kitchen. These include food carts going to the Segregation Unit, slop barrels, trash barrels, and cardboard boxes, etc. Trash and garbage receptacles will only be removed from the kitchen area under the supervision of the officer. Empty receptacles will only be placed in the close proximity to the back door. As the trash and garbage is removed from the kitchen area, the officer will observe the inmates as they transfer the contents from full receptacles to the empty ones. The officer will inspect the trash and garbage for kitchen utensils, inmate clothing and unauthorized food items so that they are not disposed of. The officer will ensure that the spoons are counted before and after each meal. The spoon count will be reported to the Shift Commander immediately after each count is conducted and it will be logged in the shift log.

H. Excessive noise in the dining area by inmates will not be tolerated. No inmate will be allowed to eat or drink in the food preparation area or behind the serving line.

3

I. The Kitchen Officer will insure that after feeding and clean up of the evening meal, all doors in the kitchen will be secured and all utensils are accounted for.

J. The kitchen officer will insure that kitchen workers only exit through the Entrance Door to the kitchen. The kitchen officer will shake down all kitchen workers as they enter and exit.

K. The Kitchen Security Officer will ensure that, during meals, no kitchen worker will be allowed in the dining room except the assigned dining room workers.

L. At no time will there be any alarm clocks, reading materials, or radios present on this post. Should you become sleepy, ill, or in any other way unable to perform your post duties, you will immediately notify the Shift Commander. Do not vacate your post unless properly relieved.

M. The Kitchen Security Officer will be in compliance with the Administrative Regulation 217 at all times. The Kitchen Security Officer must wear a DOC cap or a white kitchen hat while performing his/her duties while in the area behind the food serving line to the rear door of the kitchen.

This Standard Operating Procedure supercedes SOP #5-48 dated 9-9-97 and any other memorandums to date.

4 30 02
Date

James H. Delloach, Warden III
Draper Correctional Center

4

Annex A SOP 5-48

## Kitchen Utensil Count Sheet

Date: _____

The following is a accurate count of all Kitchen Utensils:

|  | 1st. Shift | 2nd. Shift | 3rd. Shift |
|---|---|---|---|
| Knives: | _____ | _____ | _____ |
| Cleavers: | _____ | _____ | _____ |
| Spoons: | _____ | _____ | _____ |
| Cups: | _____ | _____ | _____ |
| Glasses: | _____ | _____ | _____ |
| Food Trays: | _____ | _____ | _____ |
| Scapulas: | _____ | _____ | _____ |
| Wire Whips: | _____ | _____ | _____ |
| Dough Cutters: | _____ | _____ | _____ |
| Pliers: | _____ | _____ | _____ |
| Meat Forks: | _____ | _____ | _____ |
| Sharpeners: | _____ | _____ | _____ |
| Buffalo Blades: | _____ | _____ | _____ |
| Potato Peelers: | _____ | _____ | _____ |
| Ice Cream Scoops: | _____ | _____ | _____ |

1st. Shift Officer        2nd. Shift Officer        3rd. Shift Officer

1st. Shift Cmd.        2nd. Shift Cmd.        3rd. Shift Cmd.