IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT BROWN, #153819, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-CV-0029-MHT |
| | ) |
| JAMES DELOACH, et al., | ) |
| | ) |
|     Defendants. | ) |

**O R D E R**

Upon review of the response filed by the plaintiff on March 14, 2006 (Court Doc. No. 16), and for good cause, it is

ORDERED that on or before April 4, 2006 the defendants shall file a supplement to their special report, supported by affidavits, which addresses the plaintiff's assertions that (I) the plaintiff and inmate Goodwin had several verbal altercations in the presence of defendant Hill prior to the attack made the basis of this complaint, and (ii) defendants Hill and Smith heard inmate Goodwin threaten the plaintiff immediately prior to the attack but left the inmates unsupervised in the kitchen despite their knowledge of a risk to plaintiff's safety.

Done this 15th day of March, 2006.

                                            **/s/ Delores R. Boyd**
                                            DELORES R. BOYD
                                            UNITED STATES MAGISTRATE JUDGE