IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT BROWN, #153819, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-CV-0029-MHT |
| | ) |
| JAMES DELOACH, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before May 23, 2006 the defendants shall:

1. Show cause why they failed to file a supplemental special report in compliance with the directives of the order entered on March 15, 2006 (Court Doc. No. 16); and

2. File a supplement to their special report, supported by affidavits, which addresses the plaintiff's assertions that (i) the plaintiff and inmate Goodwin had several verbal altercations in the presence of defendant Hill prior to the attack made the basis of this complaint, and (ii) defendants Hill and Smith heard inmate Goodwin threaten the plaintiff immediately prior to the attack but left the inmates unsupervised in the kitchen despite their knowledge of a risk to plaintiff's safety.

The defendants are advised that absent demonstration of exceptional circumstances

no extensions of time will be allowed for the filing of a response to this order.

Done this   8th day of May, 2006.

/s/ Delores R. Boyd
UNITED STATES MAGISTRATE JUDGE