IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISON

| | |
|---|---|
| ROBERT BROWN, | ) |
| Plaintiff, | ) |
| Vs | ) CASE NO. 2:06-CV-009-MHT |
| JAMES DELAOCH, et al., | ) |
| Defendants. | |

### AFFIDAVIT

Before me, a Notary Public in and for said County and State of Alabama at large, personally appeared Officer Anthony Smith, who being known to me and by me first duly sworn, deposes, and says on oath as follows:

My name is Anthony Smith. I am currently employed as a Correctional Officer I with the Alabama Department of Corrections assigned to Draper Correctional Center, Elmore, Alabama 36025. I am over twenty-one years of age and have personal knowledge of the facts set forth below.

On March 28, 2006 I, Anthony Smith, Correctional Officer I, was assigned as the kitchen security officer at Draper Correctional Center. At no time prior to inmate Goodwin assaulting inmate Brown did I hear inmate Goodwin threaten inmate Brown and at no time during my tour of duty did I leave my post as kitchen security officer.



EXHIBIT 1

_____
Anthony Smith, COI

SWORN TO AND SUBSCRIBED before me 2nd day of May 2006.

_____
Notary Public

My Commission Expire 8-1-07