IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT BROWN | ) |
| Plaintiff, | ) |
| Vs. | ) CASE NO. 2:06-cv-009-MHT |
| JAMES DELOACH, et al., | ) |
| Defendants. | |

### AFFIDAVIT

Before me, a Notary Public in and for said County and State of Alabama at large, personally appeared Steward Wanda Hill, who being known to me and by me first duly sworn, deposes, and says on oath as follows:

My name is Wanda Hill. I am currently employed as a Steward with the Alabama Department of Corrections assigned to Draper Correctional Center, Elmore, Alabama 36025. I am over twenty-one years of age and have personal knowledge of the facts set forth below.

On March 28, 2006, I, Wanda Hill, Steward I, was assigned to supervise the meal preparation in the kitchen at Draper Correctional Center. At no time on the day in question did I hear inmate Goodwin and the plaintiff, inmate Robert Brown, arguing. At no time prior to the assault on inmate Brown did I hear inmate Goodwin threaten the plaintiff.

EXHIBIT 2

_____
Wanda Hill, Steward I

SWORN TO AND SUBSCRIBED before me this 2nd day of May 2006.

_____
Notary Public

My Commission Expire 8-1-07