IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ROBERT BROWN,            )
                         )
    Plaintiff,           )
                         )
Vs.                      ) Case No. 2:06-CV-029-MHT
JAMES DELOACH, ET AL.,   )
                         )
    Defendants.          )

### AFFIDAVIT OF CHARLESTON GEORGE

STATE OF ALABAMA)
COUNTY OF ELMORE)

Before me, the undersigned authority, in this day personally appeared Charleston George, who being by me first duly sworn, deposed and stated upon his oath the following:

My name is Charleston George and I am over the age of 19 years. I have personal knowledge of the information contained in this Affidavit. I am and have been at all material times hereto an inmate in the Draper Correctional Center in the State of Alabama.

On March 28, 2005, I work in the Kitchen at the Draper Correctional Center as a baker. On that very same day, I saw inmate Goodwin assault inmate Brown. I notice that inmate Goodwin was on top of inmate Brown and as he was

9

hitting inmate Brown. I notice some skin coming off inmate Brown's face. Inmate Brown manage to get away from inmate Goodwin, with his life, but half of the skin of his face was gone.

I was questioned by Sgt. King about the incident but I didn't know what was the cause of the incident. All I knew was that from time to time both inmates were getting into arguments most of the week, and they were arguing in front of Ms. Hill on the same day, and most of the week before the assault took place. Everybody knew that they had been arguing, especially Ms. Hill, she worked with us everyday but nobody did anything about it. Most wanted to see them fight, but nobody thought inmate Goodwin would throw hot grease into inmate Brown's face.

STATE OF ALABAMA    )
ELMORE COUNTY       )

                                                         _____
                                                         Charleston George

SWORN TO AND SUBSCRIBED before me this __6__ day of
__June__, 2006.

                                                        _____
                                   MY COMMISSION EXPIRES JAN. 8, 20__ NOTARY PUBLIC

MY COMMISSION EXPIRES:_____.