## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| ROBERT BROWN, | ) |
| Plaintiff, | ) ) ) |
| Vs. | ) Case No.2:06-CV-029-MHT |
| JAMES DELOACH, ET AL., | ) ) |
| Defendants. | ) |

### AFFIDAVIT OF ROBERT BROWN

**STATE OF ALABAMA)**
**COUNTY OF ELMORE)**

Before me, the undersigned authority, in this day personally appeared Robert Brown, who being by me first duly sworn, deposed and stated upon his oath the following:

My name is Robert Brown and I am over the age of 19 years. I have personal knowledge of the information contained in this Affidavit. I am and have been at all material times hereto an inmate in the Draper Correctional Center in the State of Alabama.

I was assigned to work in the Kitchen at the Draper Correctional Center by Defendant DeLoach. I was a cook. On March 28, 2005, other inmates and myself were ordered by Defendant Hill to prepare the meal for the day, which menu was signed by Defendant Oaklee Williams, and ordered by Defendants Campbell, Parker, and Mosley. This is the only

part Defendants Oaklee, Parker and Mosley acted in this matter.

While working, on March 28, 2005 I reported to Defendant Hill that inmate Goodwin was not helping. On the same day, at or about 10:00 A.M. inmate Goodwin made a threat that he was going to get me for reporting he was not working, in a manner to impress the female steward, who is Defendant Hill. Inmate Goodwin and I did have several verbal altercations a few days before, in the kitchen in the presence of Defendant Hill, about not being able to work together.

At about 10:55 A.M., the same day, Defendants Hill and Smith, after hearing the threat made by inmate Goodwin, knowing he posed a substantial risk of serious harm to me, left the kitchen. Defendant Smith went out-side, where he could not hear or see what was going on in the kitchen. Defendant Hill went into her office, which is isolated from the kitchen. This gave inmate Goodwin his chance to make good on his threat, in violation of Standard Operating Procedure, 5-48. (See attached hereto As Exhibit "A"). This gave defendant Hill and Smith clear warnings, that it was their duty to monitor and supervise inmates in the kitchen. No later than when security and the steward left the kitchen did inmate Goodwin throw boiling cooking grease on to my face, and attacked me with a large object used to mix food with in a large cooking pot. (See Affidavit of Defendants).

This assault happen because there was only one guard on duty but in a different area of the prison, and the tension

of the inmate population built by the living conditions of the overcrowded prison facility, that grows more violent every day, that Defendants Campbell and Riley are well aware of, but failed to correct.

As a result I was hospitalized for third degree burns to my face, ear, neck, and upper body, and I continue suffer excruciating pain and disfiguration to my face, ear, neck, and upper body, without medical treatment. I did nothing to deserve such cruel and unusual punishment.

**STATE OF ALABAMA** )
**ELMORE COUNTY** )

*Robert Brown*
Robert Brown

SWORN TO AND SUBSCRIBED before me this 3 day of June, 2006.

NOTARY PUBLIC

MY COMMISSION EXPIRES: MY COMMISSION EXPIRES JAN. 8, 2008