IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ROBERT BROWN # 153819,
Plaintiff

v.                                    Civil Action No. 2:06-CV-0029-MHT

JAMES DELOACH ET AL.
Defendant

MOTION FOR STATUS REPORT

The Plaintiff Robert Brown # 153819 having filed A 1983 Complaint in
the above-style Cause, Moves this Honorable Court, To Issue A Status
Report as to the Disposition of His Personal Injury Claim. In the
Form of A 1983 Complaint filed in the Court on May 22nd 2006
The Plaintiff has not been notified as to any actions, Rendered lately.
And Request that the Court Respond to this motion, An Inform the Petit-
ioner Plaintiff, On the Status of the Case
    The Plaintiff Prays that the Honorable Court will Grant this
Request.

Sincerely Submitted,
Robert Brown 153819
Robert Brown B2-11A
Draper Corr. Fac.
Po Box 1107
Elmore Al. 36025

## CERTIFICATE OF SERVICE

I, ROBERT BROWN #153819, Plaintiff in the cause, do hereby certify that I have served a copy of the foregoing: Motion for a STATUS Report upon the Clerk of the Courts. By Placing a true copy of the said same in the U.S. Mail properly addressed and postage prepaid this the 19th Day of JANUARY 2008.

Robert Brown #753819, B211A
Draper Corr. Fac.
P.O. Box 1107
Elmore, AL 36025



This correspondence is forwarded
from an Alabama State Prison. The contents
have not been evaluated and the Alabama
Department of Corrections is not responsible

36101+0711

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711