IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT BROWN, #153819, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-29-MHT |
| | ) |
| JAMES DELOACH, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for status filed by the plaintiff on January 23, 2008 (Court Doc. No. 22), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. The plaintiff is advised this case is pending before the court on his complaint, the written reports and supporting evidentiary materials filed by the defendants, and his responses in opposition to the defendants' reports. The plaintiff is further advised that *no additional pleadings are necessary for disposition of the issues presented in the complaint* and he will immediately be advised of any action taken by the court in this case. While the court is mindful that the complaint has been pending on the requisite pleadings since June of 2006, the court's caseload of actions pending under 42 U.S.C. § 1983 makes it extremely difficult to expedite resolution of this or any other case, particularly since the court has adopted a policy of disposing of cases on the basis of length of pendency. The court assures the parties that a

determination of the issues presented in this case will be undertaken in due course.

    Done this 24th day of January, 2008.


                                        /s/ Terry F. Moorer
                                        TERRY F. MOORER
                                        UNITED STATES MAGISTRATE JUDGE