**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **ROBERT BROWN** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **2:06-CV-29-MHT-TFM** |
| **JAMES DELOACH, ET AL.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |

<u>**CONFLICT DISCLOSURE STATEMENT**</u>

COME NOW, *James Deloach, Anthony Smith, Wanda Hill, Oaklee Williams, Jimmy Rhodes, Nathaniel Parker, Dottie Mosley, Donal Campbell, and Bob Riley*, Defendants in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

XX     This party is an individual, or

XX     This party is a governmental entity, or

There are no entities to be reported, or

The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                                  <u>Relationship to Party</u>

_____     _____

_____     _____

Respectfully submitted,
TROY KING
Attorney General

_s/ Benjamin H. Albritton_____ ___
Benjamin H. Albritton
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 5th day of February, 2008, served a copy of the foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Robert Brown, AIS# 153819
Draper Correctional Facility
P.O. Box 1107
Elmore, Alabama 36025

s/ Benjamin H. Albritton
Benjamin H. Albritton
Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-2433 - fax