IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


ROBERT BROWN, #153819,      )
                            )
     Plaintiff,             )
                            )      CIVIL ACTION NO.
     v.                     )        2:06cv29-MHT
                            )           (WO)
JAMES DELOACH, et al.,      )
                            )
     Defendants.            )

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit claiming that defendants failed to protect him, in violation of federal law.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion for summary judgment should be granted.  Also before the court are plaintiff's objections to the recommendation.  After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 3rd day of December, 2008.


        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE